# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **CRIMINAL NO. 15-00268-CG** |
| **v.** | * |
| | * |
| **WILLIAM LEROY PADGETT** | * |

## MOTION FOR A DOWNWARD DEPARTURE
## PURSUANT TO U.S.S.G. SECTION 5K1.1

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Alabama, Richard W. Moore and Assistant United States Attorney George F. May and hereby moves this Court to depart downward from the low end of the sentencing guideline range for the defendant **WILLIAM LEROY PADGETT,** pursuant to U.S.S.G., Section 5K1.1, and in support thereof states:

1. **WILLIAM LEROY PADGETT** 's cooperation substantially assisted the United States; and

2. As such, the United States recommends a downward departure of 50% (fifty percent) from the low end of the guidelines as calculated for this defendant.

WHEREFORE, the United States respectfully moves, in return for the substantial assistance rendered to the United States, that this Court depart downward an appropriate amount from the defendant's guideline range when sentencing this defendant.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY
by:


*s/ George F. May*
George F. May (MAYG0534)
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Fax: (251) 441-5277

## CERTIFICATION OF SERVICE

I certify that on February 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

*s/ George F. May*
George F. May
Assistant United States Attorney